UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 0 4 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| IN RE: MARSHALL R. JONES SR. | § § | CASE NO: 05-82052-H4-3 |
| PATRICIA A. JONES | § § | PRECINCT 4 |
| DEBTOR(S) | § § § | CHAPTER 13 |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS AND CERTIFICATE OF SERVICE

1. I am making application to receive $2,527.32, which was deposited as unclaimed funds on behalf of Conns Credit Corp. a subsidiary of Conn Appliances, Inc., P.O. Box 2358, Beaumont, Texas 77704-2358.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issue based upon the following:

    a. Applicant is the duly authorized corporate officer and a representative of the creditor/debtor named in paragraph 1.

3. I understand that pursuant to 18 U.S. C. §152, I could be fined no more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated:  8-3-10

Applicant's Signature _____

Applicant's name   Rey de La Fuente

Address   P.O. Box 2358
Beaumont, Texas
77704-2358

1

Subscribed and sworn before me this _10_ day of __August 2010__.



Notary Public
State of Texas
My commission expires _6-8-2011_

Exhibits

1. Order & Exhibit A
2. Current franchise tax corporate status
3. Current list of officers and directors
4. Copy of Articles of Incorporation
5. The corporate seal
6. Business card reflecting claimant's name, and title attached to company letterhead stationary
7. Photocopy of representative's identification credentials

## CERTIFICATE OF SERVICE

I certify that on __August 3__, 2010 a true and correct copy of this application for payment of unclaimed funds was served by first class United States mail on the following:

U.S. District Court
P.O. Box 61010
Houston, Texas 77208

U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, Texas 77002

2