

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**08/16/2010**

| | | |
|---|---|---|
| IN RE: MARSHALL R. JONES SR. | § § | CASE NO: 05-82052-H4-3 |
| PATRICIA A. JONES | § § | PRECINCT 4 |
| DEBTOR(S) | § § § | CHAPTER 13    # 118 |

### ORDER ON APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of Conn Credit Corporation seeking payment of receive $2,527.32 representing funds previously unclaimed by Conn Credit Corporation a creditor in the above-entitled case and it appearing from the application and supporting documentation that Conn Credit Corporation is entitled to the unclaimed funds, it is

ORDERED that the Clerk pay $2,527.32 to Conn Credit Corporation P.O. Box 2358, Beaumont, Texas 77704-2358.

Signed on this the 13th day of Aug. , 2010

United States Bankruptcy Judge

3